Jimmy Mewbourn  061474
Name and Prisoner/Booking Number

Arizona Department of Corrections
Place of Confinement  10000 S. Wilmont Rd

Tucson Rincon  P.O Box 24403
Mailing Address

Tucson Arizona  85734
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Jimmy Wayne Mewbourn JR,
(Full Name of Petitioner)

Petitioner,

v.

Arizona Department of Corrections
(Name of the Director of the Department of Corrections, Jailor or authorized person having custody of Petitioner),

Respondent,
and
The Attorney General of the State of Arizona,

Additional Respondent.

CV22-00438-PHX-DLR--JZB

CASE NO. CR2017-125173-001 DT
(To be supplied by the Clerk)

**PETITION UNDER 28 U.S.C. § 2254 FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY (NON-DEATH PENALTY)**

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: Maricopa County Superior Court 201 W Jefferson Phoenix Arizona 85003

   (b) Criminal docket or case number: CR2017-125173-001 DT

2. Date of judgment of conviction: 1-11-18

3. In this case, were you convicted on more than one count or crime?  Yes ☒  No ☐

4. Identify all counts and crimes for which you were convicted and sentenced in this case: _____
   Count 1: Attempt to Commit Second Degree Murder
   Count 2: Endangerment
   Count 3: Assisting a Criminal Street Gang
   Count 4: Poss wpn prohib Person

5. Length of sentence for each count or crime for which you were convicted in this case: _____
   Count 1: 20.75 yrs
   Count 2: 6.75 yrs
   Count 3: 16.25 yrs
   Count 4: 10 yrs Doc

6. (a) What was your plea?
   Not guilty              ☒
   Guilty                  ☐
   Nolo contendere (no contest)  ☐

   (b) If you entered a guilty plea to one count or charge, and a not guilty plea to another count or charge, give details: _____

   (c) If you went to trial, what kind of trial did you have?  (Check one) Jury ☒  Judge only ☐

7. Did you testify at the trial?     Yes ☒     No ☐

8. Did you file a direct appeal to the Arizona Court of Appeals from the judgment of conviction?
   Yes ☒     No ☐

   If yes, answer the following:

   (a) Date you filed: 2-23-18

   (b) Docket or case number: CR 2017-125173-001 DT

   (c) Result: _____

   (d) Date of result: _____

   (e) Grounds raised: _____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.**

2

9. Did you appeal to the Arizona Supreme Court?   Yes ☐   No ☒

    If yes, answer the following:

    (a) Date you filed: _____

    (b) Docket or case number: _____

    (c) Result: _____

    (d) Date of result: _____

    (e) Grounds raised: _____
    _____
    _____
    _____

    Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.

10. Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐   No ☒

    If yes, answer the following:

    (a) Date you filed: _____

    (b) Docket or case number: _____

    (c) Result: _____

    (d) Date of result: _____

    (e) Grounds raised: _____
    _____
    _____
    _____

    Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.

11. Other than the direct appeals listed above, have you filed any other petitions, applications or motions concerning this judgment of conviction in any state court?   Yes ☐   No ☒

    If yes, answer the following:

(a) First Petition. Direct Appeal

   (1) Date you filed: March 6 2018

   (2) Name of court: Court of Appeals

   (3) Nature of the proceeding (Rule 32, special action or habeas corpus): _____

   (4) Docket or case number: CR 2017-125173-001 DT

   (5) Result: didn't find any arguable appellate issues

   (6) Date of result: September -19-2018

   (7) Grounds raised: Not Sure

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.

(b) Second Petition. Rule 32.11A

   (1) Date you filed: November 5 2020

   (2) Name of court: Superior Court of Arizona

   (3) Nature of the proceeding (Rule 32, special action or habeas corpus): _____

   (4) Docket or case number: CR 2017-125173-001 DT

   (5) Result: Dismissed

   (6) Date of result: 10-5-2021

   (7) Grounds raised: ineffective counsel, No evidence mental health was not even brought up

Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.

4

(c) Third Petition.

    (1) Date you filed: _____

    (2) Name of court: _____

    (3) Nature of the proceeding (Rule 32, special action or habeas corpus): _____

    (4) Docket or case number: _____

    (5) Result: _____

    (6) Date of result: _____

    (7) Grounds raised: _____

_____

_____

_____

_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.**

(d) Did you appeal the action taken on your petition, application, or motion to the:

|   | Arizona Court of Appeals: |   | Arizona Supreme Court: |   |
|---|---|---|---|---|
| (1) First petition: | Yes ☒ | No ☐ | Yes ☐ | No ☒ |
| (2) Second petition: | Yes ☐ | No ☐ | Yes ☐ | No ☐ |
| (3) Third petition | Yes ☐ | No ☐ | Yes ☐ | No ☐ |

(e) If you did not appeal to the Arizona Court of Appeals, explain why you did not: _____
    Did the Direct Appeal
    And Rule 32.11A

12. For this petition, **state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States.** Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

<u>**CAUTION:**</u>  <u>To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.</u>

**GROUND ONE:** Direct Appeal

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):

Not sure what was presented in the Direct Appeal

(b) Did you present the issue raised in Ground One to the Arizona Court of Appeals?   Yes ☐   No ☒

(c) If yes, did you present the issue in a:
    Direct appeal ☐
    First petition ☐
    Second petition ☐
    Third petition ☐

(d) If you did not present the issue in Ground One to the Arizona Court of Appeals, explain why: _____

(e) Did you present the issue raised in Ground One to the Arizona Supreme Court?   Yes ☐   No ☒

6

GROUND TWO: Rule 32.11 A

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):
ineffective Counsel
No evidence
mental health not brought up

(b) Did you present the issue raised in Ground Two to the Arizona Court of Appeals?   Yes ☒   No ☐

(c) If yes, did you present the issue in a:
   Direct appeal     ☐
   First petition    ☐
   Second petition   ☐
   Third petition    ☐

(d) If you did not present the issue in Ground Two to the Arizona Court of Appeals, explain why: _____

(e) Did you present the issue raised in Ground Two to the Arizona Supreme Court?   Yes ☐   No ☒

7

**Please answer these additional questions about this petition:**

13. Have you previously filed any type of petition, application or motion in a federal court regarding the conviction that you challenge in this petition?   Yes ☐   No ☒

If yes, give the date of filing, the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available: _____

_____
_____
_____
_____
_____

14. Do you have any petition or appeal <u>now pending</u> (filed and not decided yet) in any court, either state or federal, as to the judgment you are challenging?   Yes ☐   No ☒

If yes, give the date of filing, the name and location of the court, the docket or case number, the type of proceeding, and the issues raised: _____

_____
_____
_____
_____
_____

15. Do you have any future sentence to serve after you complete the sentence imposed by the judgment you are challenging?   Yes ☐   No ☒

If yes, answer the following:

(a) Name and location of the court that imposed the sentence to be served in the future:

_____
_____
_____

(b) Date that the other sentence was imposed: _____

(c) Length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition challenging the judgment or sentence to be served in the future?   Yes ☐   No ☒

10

16. TIMELINESS OF PETITION: If your judgment of conviction became final more than one year ago, you must explain why the one-year statute of limitations in 28 U.S.C. § 2244(d) does not bar your petition.*

_____
_____
_____
_____
_____
_____
_____
_____
_____

*Section 2244(d) provides in part that:
  (1) A 1-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of-
    (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
    (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such State action;
    (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
    (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
  (2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

17. Petitioner asks that the Court grant the following relief: _A Chance for a fair trail or case dismissed_

or any other relief to which Petitioner may be entitled. (Money damages are not available in habeas corpus cases.)


I declare under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on ___3-3-22___ (month, day, year).

_Jimmy Mewbourn_
**Signature of Petitioner**


_____        _____
Signature of attorney, if any                      Date

11

   **Mail the original and one copy of your petition with the $5.00 filing fee or the application to proceed in forma pauperis to:**

| Phoenix & Prescott Divisions: | **OR** | Tucson Division: |
|---|---|---|
| U.S. District Court Clerk | | U.S. District Court Clerk |
| U.S. Courthouse, Suite 130 | | U.S. Courthouse, Suite 1500 |
| 401 West Washington Street, SPC 10 | | 405 West Congress Street |
| Phoenix, Arizona  85003-2119 | | Tucson, Arizona  85701-5010 |

7. Change of Address. You must immediately notify the Court and respondents in writing of any change in your mailing address. **Failure to notify the Court of any change in your mailing address may result in the dismissal of your case.**

8. Certificate of Service. You must provide the respondents with a copy of any document you submit to the Court (except the initial petition and application to proceed in forma pauperis). Each original document (except the initial petition and application to proceed in forma pauperis) must include a certificate of service on the last page of the document stating the date a copy of the document was mailed to the respondents and the address to which it was mailed. Fed. R. Civ. P. 5(a), (d). Any document received by the Court that does not include a certificate of service may be stricken. **This section does not apply to inmates housed at an Arizona Department of Corrections facility that participates in electronic filing.**
  A certificate of service should be in the following form:

I hereby certify that a copy of the foregoing document was mailed
this __3-17-22__ (month, day, year) to:
Name: __US District Court Clerk U.S Courthouse, Suite 130__
Address: __401 W. Washington ST SPC 10 Phoenix AZ 85003-2119__
    Attorney for Respondent(s)
__Jimmy Meadhown__
(Signature)

9. Amended Petition. If you need to change any of the information in the initial petition, you must file an amended petition. The amended petition must be written on the court-approved petition for writ of habeas corpus form. You may amend your pleading once without leave (permission) of Court within 21 days after serving it or within 21 days after any respondent has filed an answer, whichever is earlier. *See* Fed. R. Civ. P. 15(a). Thereafter, you must file a motion for leave to amend and lodge (submit) a proposed amended petition. LRCiv 15.1. An amended petition may not incorporate by reference any part of your prior petition. LRCiv 15.1(a)(2). **Any grounds not included in the amended petition are considered dismissed.**

10. Exhibits. If available, you should attach a copy of all state and federal court written decisions regarding the conviction you are challenging. **Do not submit any other exhibits with the petition.** Instead, you should paraphrase the relevant information in the petition. The respondents are obligated to provide relevant portions of the record.

2