# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jimmy Wayne Mewbourn, Jr.,<br><br>　　　　　　Petitioner,<br><br>v.<br><br>Arizona Department of Corrections, et al.,<br><br>　　　　　　Respondents. | NO. CV-22-00438-PHX-DLR (JZB)<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed June 7, 2022, judgment is hereby entered and this case is dismissed without prejudice.

　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

July 22, 2022

　　　　　　　　　　　　　　　　　s/ S. Strong
　　　　　　　　　　　　　By　　Deputy Clerk